El Juez Asociado Sr. Franco Soto no intervino en la re-solución de este caso.

---

EX PARTE JUSTO A. CASABLANCA, PETICIONARIO.

SOLICITUD para que se admita al peticionario a prestar ju-ramento para el ejercicio de la abogacía.

Resuelto en enero 21, 1924.

ABOGADOS—*Disbarment*—ADMISIÓN AL EJERCICIO DE LA ABOGACÍA.—Para demos-trar que un abogado que no ha sido admitido a prestar juramento para el ejercicio de su profesión por mala conducta, es digno de serlo por haberse reformado, no basta la mera opinión de otros abogados en tal sentido, sino que es necesario exponer los hechos que sirvieron de base a la dicha opi-nión, siendo una buena práctica en tales casos que los abogados comparezcan personalmente a la corte a fin de que ésta tenga la oportunidad de exami-narlos.

Los hechos están expresados en la opinión.

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Se ha presentado en este caso un escrito firmado por va-rios distinguidos abogados en solicitud de que Justo A. Ca-sablanca sea admitido a prestar juramento para el ejercicio de la abogacía.

Para que este tribunal, dados los hechos realizados por el dicho Casablanca que se consignan en la decisión de abril 25 de 1922, estuviera justificado en adoptar la medida que se solicita, se necesita algo más que el escrito presentado contentivo de la opinión de los firmantes. Es necesario co-nocer los hechos concretos que sirvieron de base a la opi-nión. En casos de esta naturaleza, los abogados que a vir-tud de una observación directa y dándose cuenta de la res-ponsabilidad que contraen, tomen la decisión, por creerlo así de justicia, de solicitar la admisión al juramento, debe-rían concurrir personalmente ante la corte a exponer las razones que tienen para ello.

*Sin lugar la solicitud.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.